
EXHIBIT A

# DX Print & Mail
Powered by LEWIS COLOR

## Confidential Credit Application
30 Joe Kennedy Blvd. / Statesboro, GA 30458 / phone 912.234.4122 / fax 912.681.8817

Company Name: National Center for Life and Liberty
Billing Address: 11803 104th Street  City: Largo  State: FL  Zip: 33773
Shipping Address: 11803 104th Street  City: Largo  State: FL  Zip: 33773
Key Contact Person: Name: Darlene Montgomery  Title: Director of Finance
Phone: 727-233-4966  Fax: 727-398-3907  E-mail: darlene@ncll.org
Type of Business: Non-Profit Organization  Date Established: January, 2012
Type of Entity: Proprietorship ___ Partnership ___ Corporation ✓ Other: 501(c)(3)
If Incorporated: State of Incorporation: Florida  Year of Incorporation: 2012

Key Management Members and Owners | Titles | Percentage Ownership
--- | --- | ---
David C Gibbs III | President |
Jonathan Bailie | COO/CFO |

Bank: Republic Bank  Address: 12933 Walsingham Road
City: Largo  State: FL  Zip: 34668
Phone: 727-596-2323  Officer: Debra Niehaus  Account Number: 589215116

Four Trade References, Addresses, and Phone Numbers (Two major suppliers and two smaller suppliers)

Emory Brantley & Sons, 6587 106th Ave No., Pinellas Park, FL 33781, # 727-397-5547
Slaughter Plumbing, 12920 Walsingham Rd, Largo, FL 33774, # 727-596-5663
Lanier Property Cleaning, 1750 16th Street, St. Pete, FL 33705, # 727-485-4770
Expert Services, 1000 Keene Rd, Dunedin, FL 34698, # 727-804-5707

Estimated Monthly Purchases: $5,000  Credit Line Requested: $10,000
How often and when does your firm issue checks? Every 2 wks (Net 30 payables)

1

Customer Agrees to Credit Terms; Outstanding balances are subject to 1½% per month interest.

Applicant agrees to pay any collection costs incurred to collect the account balance, including court costs, collection fees and attorney's fees of not less than 33% of the unpaid principal and interest.

As an inducement to grant credit, the undersigned agrees to the need for verification of all information on this application. The undersigned authorizes, and releases all banks, businesses, and persons identified on this application to furnish any and all information requested by DX Print & Mail or its representative, by telephone or written correspondence.

_Jonathan Bailie_  _COO/CFO_

| Name | Title | Name | Title |

| Name | Title | Name | Title |

PERSONAL GUARANTEE

In consideration of credit being approved by DX Print & Mail to the above named applicant for merchandise to be purchased whether applicant be an individual or individuals, a proprietorship, a partnership, a corporation, or other entity, the undersigned guarantor or guarantors each hereby contract and guarantee to DX Print & Mail the faithful payment, when due, of all accounts of said applicant for purchases made within five years after the date of this application. The undersigned guarantor or guarantors each hereby expressly waive all notice of acceptance of this guarantee, notice of extension of credit to applicant, presentment, and demand for payment on applicant, protest and notice to undersigned guarantor or guarantors for dishonor or default by applicant or respect to any security held by DX Print & Mail extension of time of payment to applicant, acceptance of partial payment or compromise, all other notices in which the undersigned guarantor or guarantors might otherwise be entitled and demand for payment under this guarantee. Any restriction of this guarantee shall be in writing and delivered to DX Print & Mail, ATTN: Shantelle Mosley.

The above information is provided for the purpose of extending credit to our company on your terms of [payment terms]. To the best of our knowledge and belief, the information is accurate and may be relied upon in making your credit decision. We authorize our bank and suppliers to furnish you any information necessary to complete your evaluation of our credit history.

Signature _Jonathan Bailie_  Title _COO/CFO_  Date _11/1/19_

2