

EXHIBIT
B



Powered by LEWIS COLOR

## Statement

**TO**
Darlene Montgomery Wrazen
National Center For Life and Liberty
11803 104th Street
Largo, FL 33773

**STATEMENT NO.** 5083
**DATE** 01/20/2020
**TOTAL DUE** $44,533.26
**ENCLOSED**

| DATE | ACTIVITY | AMOUNT | OPEN AMOUNT |
|---|---|---|---|
| 11/27/2019 | Invoice #18723: Due 11/27/2019. | 3,022.99 | 3,022.99 |
| | --- 11/27/2019 Printing for Individual Letter 8.5 x 14 4/4 + Mail Services = $3,022.99 | | |
| 11/27/2019 | Invoice #18722: Due 11/27/2019. | 992.46 | 992.46 |
| | --- 11/27/2019 Printing for Individual Letter 8.5x14 - 4/4 + Mail Services = $992.46 | | |
| 11/27/2019 | Invoice #18721: Due 11/27/2019. | 992.06 | 992.06 |
| | --- 11/25/2019 Printing for Individual Letter 8.5x14 -4/4 + Mail Services = $992.06 | | |
| 11/27/2019 | Invoice #18714: Due 11/27/2019. | 1,177.61 | 1,177.61 |
| | --- 11/18/2019 Printing for EOY DM Individual #10 Window Env - 4/0 #9 Reg Env K/0 (7500 of each) = $1,177.61 | | |
| 11/27/2019 | Invoice #18811: Due 11/27/2019. | 705.00 | 705.00 |
| | --- 11/26/2019 Printing for Amazing Grace Appeal (MultiGift David) - 4 pg Letter (Variable 1,3,4) #10 Env Win - #9 Reg Env - Reply Card - AG Insert & Mail ops = $705.00 | | |
| 11/27/2019 | Invoice #18711: Due 11/27/2019. | 2,183.00 | 2,183.00 |
| | --- 11/27/2019 Printing for Church Prospect Letter 2 Pgs (Variable 2 Sides) 8.5x11 -4/4 + Mail + Services = $2,183.00 | | |
| 11/27/2019 | Invoice #18710: Due 11/27/2019. | 1,279.00 | 1,279.00 |
| | --- 11/22/2019 Printing for Chruch Current Letter 2 Pgs (Variable 2 Sides) 8.5 x 11 - 4/4 + Mail Services = $1,279.00 | | |
| 11/27/2019 | Invoice #18708: Due 11/27/2019. | 970.00 | 970.00 |

Remit Payment To: 30 Joe E. Kennedy Blvd Statesboro, GA 30458 - (912)234-4122
We add a 3% convenience fee on all orders paid by credit card.

| DATE | ACTIVITY | AMOUNT | OPEN AMOUNT |
|---|---|---:|---:|
| | --- 11/25/2019 Printing for Church Lapsed 2 Pgs (Variable 2 Sides) 8.5x11 4/4 + Mail Services = $970.00 | | |
| 11/27/2019 | Invoice #18774: Due 11/27/2019. | 495.00 | 495.00 |
| | --- 11/18/2019 Printing for Church Insert 8x9 4/4 = $495.00 | | |
| 11/27/2019 | Invoice #18705: Due 11/27/2019. | 469.00 | 469.00 |
| | --- 11/18/2019 Printing for Church Lapsed & Prospect #10 Window Env 4/0 = $469.00 | | |
| 11/27/2019 | Invoice #18704: Due 11/27/2019. | 233.00 | 233.00 |
| | --- 11/18/2019 Printing for Church Upgrade #10 Window Env 4/0 = $233.00 | | |
| 11/27/2019 | Invoice #18703: Due 11/27/2019. | 267.00 | 267.00 |
| | --- 11/18/2019 Printing for Church #9 Regular Env K/0 = $267.00 | | |
| 11/27/2019 | Invoice #18683: Due 11/27/2019. | 1,698.50 | 1,698.50 |
| | --- 11/15/2019 Printing for Freedom Village Letter - Insert - Response Card (Variable 1 side) - #9 Env - #10 Win Env + Mail Services = $1,698.50 | | |
| 11/27/2019 | Invoice #18685: Due 11/27/2019. | 1,392.50 | 1,392.50 |
| | --- 11/15/2019 Printing for Brothers Family Letter- Report - Response Card (Variable 1 side) - #9 Reg Env - #10 Win Env + Mail Services = $1,392.50 | | |
| 11/27/2019 | Invoice #18810: Due 11/27/2019. | 844.00 | 844.00 |
| | --- 11/25/2019 Printing for Amazing Grace Appeal (One Gift David) 4 pg Letter (Variable 1,3,4) - #10 Win Env - #9 Reg Env - Reply Card - AG Insert + Mail Services = $844.00 | | |
| 11/27/2019 | Invoice #18812: Due 11/27/2019. | 1,518.00 | 1,518.00 |
| | --- 11/26/2019 Printing for Amazing Grace Appeal (Ayana) 4 pg Letter (Variable 1,2 & 4) -#10 Win - #9 Reg Env - Reply Card -AG Insert + Mail Services = $1,518.00 | | |
| 12/06/2019 | Invoice #19013: Due 12/06/2019. | 1,877.00 | 1,877.00 |
| | --- 12/09/2019 Printing for Freedom Village Major Donors Mailing Letter, #10 Window, #9 Reg, Reply Card (Variable 1 side) + Mailing = $1,877.00 | | |
| 12/13/2019 | Invoice #19021: Due 12/13/2019. | 857.00 | 857.00 |
| | --- 12/12/2019 Printing for IAGM Christmas Mail Package = $857.00 | | |

Remit Payment To: 30 Joe E. Kennedy Blvd Statesboro, GA 30458 - (912)234-4122
We add a 3% convenience fee on all orders paid by credit card.

| DATE | ACTIVITY | AMOUNT | OPEN AMOUNT |
|---|---|---|---|
| 12/17/2019 | Invoice #19284: Due 12/17/2019.<br>--- 12/13/2019 Printing for Prayer Letter Current EOY 2019 = $2,065.00 | 2,065.00 | 2,065.00 |
| 12/18/2019 | Invoice #P19407: Due 12/18/2019.<br>--- 12/20/2019 Postage for Mailing Current Letter Pack = $533.48 | 533.48 | 494.17 |
| 12/18/2019 | Invoice #19282: Due 12/18/2019.<br>--- 12/17/2019 Printing for Prayer Letter Prospect EOY 2019 = $8,095.00 | 8,095.00 | 8,095.00 |
| 12/18/2019 | Invoice #19285: Due 12/18/2019.<br>--- 12/18/2019 Printing for HGH Christmas Ornament = $1,149.00 | 1,149.00 | 1,149.00 |
| 12/18/2019 | Invoice #19290: Due 12/18/2019.<br>--- 12/18/2019 Printing for HGH Christmas Ornament Letter Packet = $1,547.91 | 1,547.91 | 1,547.91 |
| 12/18/2019 | Invoice #19300: Due 12/18/2019.<br>--- 12/18/2019 Printing for HGH Christmas Ornament Brothers Letter Packet = $4,504.06 | 4,504.06 | 4,504.06 |
| 12/20/2019 | Invoice #19409: Due 12/20/2019.<br>--- 12/20/2019 Printing for HGH Letter Pack = $1,110.00 | 1,110.00 | 1,110.00 |
| 12/20/2019 | Invoice #19408: Due 12/20/2019.<br>--- 12/20/2019 Printing for Lapsed Letter Pack = $950.00 | 950.00 | 950.00 |
| 12/20/2019 | Invoice #19407: Due 12/20/2019.<br>--- 12/20/2019 Printing for Current Letter Pack = $1,325.00 | 1,325.00 | 1,325.00 |
| 12/31/2019 | Invoice #19445: Due 12/31/2019.<br>--- 12/27/2019 Printing for Freedom Village Major Donors Mailing Letter, #10 Env, #9 Reg Env, Reply Card mailing = $2,320.00 | 2,320.00 | 2,320.00 |

AMOUNT DUE
$44,533.26